**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MICHAEL F. RICHMOND**                                                                                    **Plaintiff**

**v.**                                          **No. 4:14-CV–276-JLH-JJV**

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                                **Defendant**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 5th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE